IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MECHEAL HENDRIX,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

v.

CASE NO. 1D16-3870

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed December 6, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Mecheal Hendrix, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of mandamus is denied.  See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002).

ROBERTS, C.J., MAKAR and M.K. THOMAS, JJ., CONCUR.